RECEIVED
AUG 02 2024
CLERK
U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INFORMATION** |
| Plaintiff, | 18 U.S.C. § 641 |
| | 18 U.S.C. § 981(a)(1)(C) |
| v. | 28 U.S.C. § 2461(c) |
| DAVID JOHN SAXTON, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT 1

(Theft of Government Funds)

On or about November 2, 2021, in the State and District of Minnesota, the defendant,

**DAVID JOHN SAXTON,**

did knowingly and willfully embezzle, steal, purloin, and convert to his use money of the Department of Veteran Affairs, a department and agency of the United States, to wit: veteran benefits having a value greater than $1,000.00, all in violation of Title 18, United States Code, Section 641.

### FORFEITURE ALLEGATIONS

Count 1 of this Information is incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

SCANNED
AUG 02 2024
U.S. DISTRICT COURT MPLS

*United States v. David John Saxton*

As a result of the offense alleged in Count 1 of this Information, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation of Title 18, United States Code, Section 641 (Theft of Government Funds). The United States reserves its right to seek a money judgment forfeiture, to forfeit substitute assets, and to forfeit additional directly forfeitable property as provided for in Title 18, United States Code, Section 981(a)(1)(C), and Title 28, United States Code, Section 2461(c).

Dated: August 2, 2024

ANDREW M. LUGER
United States Attorney

MICHAEL MCBRIDE
Digitally signed by MICHAEL MCBRIDE
Date: 2024.08.02 13:07:50 -05'00'

BY: MICHAEL P. MCBRIDE
Assistant United States Attorney